# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL ESPINOZA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RAUL LOPEZ,<br><br>　　　　Respondent. | 1:10-cv-01211-JLT HC<br><br>ORDER REQUIRING PETITIONER TO FILE AMENDED PETITION WITHIN THIRTY DAYS<br><br>ORDER VACATING STAY OF PROCEEDINGS (Doc. 7)<br><br>ORDER DIRECTING CLERK OF THE COURT TO ADMINISTRATIVELY RE-OPEN CASE |

　　　　Petitioner is a state prisoner proceeding through retained counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　Petitioner filed his federal petition on July 1, 2010, raising four grounds for relief. (Doc. 1). In the petition, Petitioner indicated that Grounds One and Two had been exhausted by presentation to the California Supreme Court, but that Grounds Three and Four had not been exhausted. Petitioner therefore sought an order from this Court staying proceedings until Petitioner could exhaust Grounds Three and Four. (Id., p. 13). On July 23, 2010, the Court granted Petitioner's motion for stay of proceedings and required that Petitioner submit regular status reports regarding his efforts to exhaust his remedies in state court. (Doc. 7). Petitioner duly filed regular status reports up to and including his last status report on March 2, 2012, in which Petitioner indicates that his habeas petition was denied by the California Supreme Court on February 29, 2012. It thus appears that Petitioner's unexhausted claims have now been exhausted in state court and that there is no further reason to stay

proceedings in this case.

Accordingly, the Court will order Petitioner to file an amended petition containing all claims—i.e., both previously exhausted and newly-exhausted claims–within thirty days of the date of service of this order. The Court will also direct the Clerk of the Court to administratively re-open the case for further proceedings.

Finally, Petitioner is advised that, in filing his amended petition, that the amended petition should be clearly entitled "Amended Petition for Writ of Habeas Corpus." Petitioner is advised that the petition must set forth all of his claim(s), including all the facts and arguments in support of said claim(s). With respect to any claims raised in an amended petition, Petitioner **must** have presented those claims, either in his original state court appeal or through a subsequent state habeas corpus petition, to the California Supreme Court prior to raising them in this Court. It is Petitioner's responsibility to advise the Court in his amended petition of the dates when the state courts ruled on the issues Petitioner raised. *The Court will not consider the original petition*. Petitioner is reminded that each claim *must* state a cognizable federal claim.

### ORDER

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. Petitioner shall file an amended petition setting forth all exhausted claims within thirty days of the date of service of this order;

2. The stay of proceedings imposed by order dated July 23, 2010 (Doc. 7), is hereby VACATED; and,

3. The Clerk of the Court is DIRECTED to administratively re-open this case.

Petitioner's failure to comply with this order will result in a Recommendation to dismiss the petition for writ of habeas corpus.

IT IS SO ORDERED.

Dated:   **March 12, 2012**                                  /s/ Jennifer L. Thurston
                                                             UNITED STATES MAGISTRATE JUDGE