KAMALA D. HARRIS
Attorney General of California
DANE R. GILLETTE
Chief Assistant Attorney General
MICHAEL P. FARRELL
Senior Assistant Attorney General
BRIAN G. SMILEY
Supervising Deputy Attorney General
LOUIS M. VASQUEZ
Supervising Deputy Attorney General
LEANNE LE MON
Deputy Attorney General
LEWIS A. MARTINEZ, State Bar No. 234193
Deputy Attorney General
  2550 Mariposa Mall, Room 5090
  Fresno, CA  93721
  Telephone: (559) 477-1677
  Fax: (559) 445-5106
  E-mail: Lewis.Martinez@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOEL ESPINOZA,**<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**RAUL LOPEZ,**<br><br>　　　　　　　　　　Respondent. | 1:10-cv-01211-JLT<br><br>**NOTICE OF LODGING OF DOCUMENTS** |

　　COMES NOW THE RESPONDENT and hereby gives notice that the documents listed below are being lodged with the Clerk of the District Court in connection with the above-entitled action and pursuant to rule 5 of the rules governing cases filed under 28 United States Code section 2254.

　　The record consists of:

1. Appellant's Opening Brief, filed May 7, 2008, in the Fifth Appellate District Court of Appeal, Case No. F054237.

2. Respondent's Brief, filed July 28, 2008, in the Fifth Appellate District Court of Appeal, Case No. F054237.

3. Appellant's Reply Brief, filed August 6, 2008, in the Fifth Appellate District Court of Appeal, Case No. F054237.

4. Unpublished Opinion, filed January 27, 2009, in the Fifth Appellate District Court of Appeal, Case No. F054237.

5. Petition for Review, filed February 27, 2009, in the Supreme Court of the State of California, Case No. S170775.

6. Order, Petition for Review Denied, filed April 1, 2009, in the Supreme Court of the State of California, Case No. S170775.

7. Petition for Writ of Habeas Corpus, filed July 5, 2011, in the Supreme Court of the State of California, Case No. S194505.

8. Order, Petition for Writ of Habeas Corpus Denied, filed February 29, 2012, in the Supreme Court of the State of California, Case No. S194505.

Dated: May 17, 2012.

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
DANE R. GILLETTE
Chief Assistant Attorney General
MICHAEL P. FARRELL
Senior Assistant Attorney General
BRIAN G. SMILEY
Supervising Deputy Attorney General
LOUIS M. VASQUEZ
Supervising Deputy Attorney General
LEANNE LE MON
Deputy Attorney General

*/s/ Lewis A. Martinez*

LEWIS A. MARTINEZ
Deputy Attorney General
*Attorneys for Respondent*

FR2012304990
95062696.doc

# CERTIFICATE OF SERVICE

Case Name:   *Espinoza v. Lopez*          No.   **1:10-cv-01211-JLT**

I hereby certify that on May 17, 2012, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF LODGING OF DOCUMENTS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 17, 2012, at Fresno, California.

| Debbie Pereira-Young | /s/ Debbie Pereira-Young |
|---|---|
| Declarant | Signature |

FR2012304990
95062697.doc